ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § § | No. 3-12CR-003-P |
| SAMUEL GEORGE HURD, III (01) § TOBY LUJAN (02) § | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about July 2011, the exact date being unknown to the Grand Jury, and continuing to on or about December 14, 2011, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendants, **Samuel George Hurd, III and Toby Lujan**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II).

In violation of 21 U.S.C. § 846.

**Indictment - Page 1**

<u>Count Two</u>
Attempt to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

On or about December 14, 2011, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendants, **Samuel George Hurd, III and Toby Lujan**, did knowingly and intentionally attempt to possess with intent to distribute 500 or more grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B)(ii)(II).

In violation of 21 U.S.C. § 846.

**Indictment - Page 2**

<u>Forfeiture Notice</u>
(21 U.S.C.§ 853(a))

Upon conviction of either of the offenses alleged in Count One or Two of this Indictment, the defendants, **Samuel George Hurd, III and Toby Lujan**, shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the respective offense. This property includes, but is not limited to, the following:

(1) $88,000 in United States currency seized from Toby Lujan on July 27, 2011.

(2) A 2010 Cadillac Escalade, VIN: 1GYUKCEFXAR259113, seized from Samuel George Hurd, III on December 14, 2011.

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: john.kull@usdoj.gov

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8638
Facsimile: 214.767.4913
E-mail: gary.tromblay@usdoj.gov

_____
JOHN DE LA GARZA
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8682
Facsimile: 214.659.8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SAMUEL GEORGE HURD, III (1)
TOBY LUJAN (2)

INDICTMENT

18 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

18 U.S.C. § 846
Attempt to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

_____   _____
DALLAS                                                FOREPERSON

Filed in open court this_____ day of January, 2012

_____
                                                          Clerk

**PLEASE ISSUE ARREST WARRANT FOR TOBY LUJAN; Hurd is on Bond**

_____  1-4-12
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Magistrate case Pending in Chicago - 0752 1:11-00875-0001

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: 0752 1:11-CR-00875-0001 (Chicago)

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes    ☐ No

   Defendant Name    Samuel George Hurd, III (1)    3-12CR-003-P

   Alias Name _____

   Address _____

   County in which offense was committed:    Cook County, IL and Dallas, TX

   RECEIVED JAN - 4 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   John Kull                      Bar #: TX 00791057

3. **Interpreter**

   ☐ Yes    ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status - On Bond**

   ☐ Already in Federal Custody as of _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2     ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 USC § 846 | Attempt to Possess with Intent to Distribute a Controlled Substance | 2 |
| 21 USC § 853(a) | Forfeiture Notice | |

Date 1/3/12              Signature of AUSA: _[signature]_

*Criminal Case Cover Sheet* **ORIGINAL** Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:

Search Warrant Case Number: **3-12CR-003-P**

R 20 from District of _____

Magistrate Case Number:

RECEIVED JAN - 4 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☒ Yes  ☐ No

   Defendant Name: Toby Lujan (2)
   Alias Name:
   Address:

   County in which offense was committed: Cook County, IL and Dallas, TX

2. **U.S. Attorney Information**

   John Kull                    Bar #: TX 00791057

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect:

4. **Location Status - ARREST WARRANT NEEDED**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 21 USC § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 1 |
   | 21 USC § 846 | Attempt to Possess with Intent to Distribute a Controlled Substance | 2 |
   | 21 USC § 853(a) | Forfeiture Notice | |

   Date 1/3/12            Signature of AUSA: _____