IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No.  3:12-CR-003-P |
| | § | **ECF** |
| SAMUEL GEORGE HURD, III (01) | § | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America submits its list of exhibits for trial of this action:

| *No.* | *Exhibits Marked for Identification* | *offered* | *Admitted* | *Refused* | *Reserved* | *Withdrawn* |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Photograph - Sam Hurd | | | | | |
| 2 | Photograph - Toby Lujan | | | | | |
| 3 | Photograph - Tyrone Chavful | | | | | |
| 4 | Photograph - V.G. | | | | | |
| 5 | Photograph - W.G. | | | | | |
| 6 | Photograph - E.N. | | | | | |
| 7 | Photograph - J.C. | | | | | |
| 8 | Photograph - motel room entrance | | | | | |
| 9 | Photograph - V.G. sitting in chair with Ipad | | | | | |
| 10 | Photograph - Ipad seized from motel room | | | | | |
| 11 | Photograph - marijuana found in motel room | | | | | |
| 12 | Photograph - tv console | | | | | |
| 13 | Photograph - marijuana residue on tv console | | | | | |
| 14 | Photograph - motel room from back bedroom to front | | | | | |
| 15 | Photograph - W.G.'s shorts with cocaine | | | | | |
| 16 | Photograph - W.G.'s shorts with cocaine | | | | | |
| 17 | Photograph - V.G. bag from cabinet | | | | | |
| 18 | Photograph - money in sock | | | | | |
| 19 | Photograph - money from sock | | | | | |
| 20 | Photograph - weapon from V.G. bag | | | | | |

**Government's Exhibit List - Page 1**

| No. | Exhibits Marked for Identification | Offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 21 | Photograph - open drawer in cabinet with money and ID | | | | | |
| 22 | Photograph - V.G. ID | | | | | |
| 23 | Photograph - money from drawer separated | | | | | |
| 24 | Photograph - Malibu rental car | | | | | |
| 25 | Photograph - Malibu floorboard with marijuana | | | | | |
| 26 | Note seized from Malibu with Hurd address | | | | | |
| 27 | Photograph - evidence bag with telephone seized from V.G. | | | | | |
| 28 | Photograph - Iphone 4 seized from V.G. | | | | | |
| 29 | Photograph - from V.G. telephone of marijuana | | | | | |
| 30 | Photograph - from V.G. telephone of marijuana | | | | | |
| 31 | Photograph - from V.G. telephone of box addressed to D.W., XXX Cassion Dr., Lewisville, Texas | | | | | |
| 32 | Photograph - from V.G. telephone of delivery confirmation results to Lewisville, Texas 75067 | | | | | |
| 33 | Video - marijuana grow from V.G. telephone; video img 0024 | | | | | |
| 34 | Text messages downloaded from V.G. telephone | | | | | |
| 35 | Chronological text messages from V.G. telephone to Hurd telephone | | | | | |
| 36 | Audio file from V.G. telephone, 142.amr | | | | | |
| 37 | Transcript of 142.amr | | | | | |
| 38 | Audio file from V.G. telephone, 182.amr | | | | | |
| 39 | Transcript of 182.amr | | | | | |
| 40 | Audio file from V.G. telephone, 183.amr | | | | | |
| 41 | Transcript of 183.amr | | | | | |
| 42 | Audio file from V.G. telephone, 184.amr | | | | | |
| 43 | Transcript of 184.amr | | | | | |
| 44 | Audio file from V.G. telephone, 188.amr | | | | | |
| 45 | Transcript of 188.amr | | | | | |
| 46 | Audio file from V.G. telephone, 190.amr | | | | | |
| 47 | Transcript of 190.amr | | | | | |
| 48 | Audio file from V.G. telephone, 191.amr | | | | | |
| 49 | Transcript of 191.amr | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 50 | Audio file from V.G. telephone, 192.amr | | | | | |
| 51 | Transcript of 192.amr | | | | | |
| 52 | Audio file from V.G. telephone, 212.amr | | | | | |
| 53 | Transcript of 212.amr | | | | | |
| 54 | Audio file from V.G. telephone, 282.amr | | | | | |
| 55 | Transcript of 282.amr | | | | | |
| 56 | Audio file from V.G. telephone, 285.amr | | | | | |
| 57 | Transcript of 285.amr | | | | | |
| 58 | Photograph - Iphone 3 seized from W.G. | | | | | |
| 59 | Photograph - Iphone 3 seized from W.G. | | | | | |
| 60 | Text messages downloaded from W.G.'s telephone | | | | | |
| 61 | Chronological text messages from W.G.'s telephone to Hurd telephone | | | | | |
| 62 | Photograph - from W.G.'s telephone of marijuana | | | | | |
| 63 | Photograph - from W.G.'s telephone of marijuana | | | | | |
| 64 | Photograph - Samsung telephone seized from J.C. | | | | | |
| 65 | Photograph - Samsung telephone seized from J.C. | | | | | |
| 66 | Photographs - text messages from J.C. telephone | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | Photograph - Cadillac Escalade (front) | | | | | |
| 101 | Photograph - Cadillac Escalade (back) | | | | | |
| 102 | Photograph - Blue sports bag with money | | | | | |
| 103 | Photograph - Blue sports bag with towel and marijuana | | | | | |
| 104 | Bank statement tendered by Hurd on 07/28/11 | | | | | |
| 105 | | | | | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |
| 109 | | | | | | |
| 110 | | | | | | |
| 111 | | | | | | |
| 112 | | | | | | |
| 113 | | | | | | |
| 114 | | | | | | |
| 115 | | | | | | |
| 116 | | | | | | |
| 117 | | | | | | |
| 118 | | | | | | |

**Government's Exhibit List - Page 4**

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 119 | | | | | | |
| 120 | Lujan factual resume | | | | | |
| 121 | Lujan plea agreement | | | | | |
| 122 | Lujan plea agreement supplement | | | | | |
| 123 | Lujan proffer letter | | | | | |
| 124 | | | | | | |
| 125 | Chavful factual resume | | | | | |
| 126 | Chavful plea agreement | | | | | |
| 127 | Chavful plea agreement supplement | | | | | |
| 128 | Chavful proffer letter | | | | | |
| 129 | | | | | | |
| 130 | | | | | | |
| 131 | Davis plea agreement EDTX | | | | | |
| 132 | | | | | | |
| 133 | | | | | | |
| 134 | | | | | | |
| 135 | R.G. plea agreement WDTX | | | | | |
| 136 | R.G. plea agreement addendum WDTX | | | | | |
| 137 | R.G. plea agreement EDTX | | | | | |
| 138 | | | | | | |
| 139 | | | | | | |
| 140 | | | | | | |
| 141 | | | | | | |
| 142 | | | | | | |
| 143 | | | | | | |
| 144 | | | | | | |
| 145 | | | | | | |
| 146 | | | | | | |
| 147 | | | | | | |
| 148 | | | | | | |
| 149 | | | | | | |
| 150 | | | | | | |
| 151 | | | | | | |
| 152 | | | | | | |
| 153 | | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 154 | | | | | | |
| 155 | S.H. and Sam Hurd Chase Bank consolidated records, accounts ending 7203, 9543, and 6259 | | | | | |
| 156 | M.B. and V.B. Chase Bank records, account ending 9003 | | | | | |
| 157 | M.S. Chase Bank records, account ending 0064 | | | | | |
| 158 | S.D.H. Chase Bank records, account ending 9944 | | | | | |
| 159 | S.H. and Sam Hurd Frost Bank records, accounts ending 4764, 7289, and 0751 | | | | | |
| 160 | Hurd currency transaction reports | | | | | |
| 161 | A.G. Citibank records, account ending 6040 | | | | | |
| 162 | S.M. Citibank records, account ending 9980 | | | | | |
| 163 | Top Notch Fencing Inc. Citibank records, account ending 7913 | | | | | |
| 164 | | | | | | |
| 165 | Citibank Video; 2/10/11 Hurd at branch #192 | | | | | |
| 166 | Citibank Video; 7/11/11 Hurd at branch #193 | | | | | |
| 167 | Citibank Video; 7/19/11 Hurd at branch #192 | | | | | |
| 168 | | | | | | |
| 169 | Safehouse Gate Systems: Community Traffic Report to/ from Hurd Residence | | | | | |
| 170 | | | | | | |
| 171 | American Airlines travel records for July 1-2 and 5-6, 2011 | | | | | |
| 172 | Expedia (Hotels.com) records for Holiday Inn Express 07/21/11 Albuquerque, NM | | | | | |
| 173 | | | | | | |
| 174 | | | | | | |
| 175 | | | | | | |
| 176 | | | | | | |
| 177 | | | | | | |
| 178 | | | | | | |
| 179 | | | | | | |
| 180 | | | | | | |
| 181 | | | | | | |

**Government's Exhibit List - Page 6**

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 182 | | | | | | |
| 183 | | | | | | |
| 184 | | | | | | |
| 185 | | | | | | |
| 186 | | | | | | |
| 187 | | | | | | |
| 188 | | | | | | |
| 189 | | | | | | |
| 190 | | | | | | |
| 191 | | | | | | |
| 192 | | | | | | |
| 193 | | | | | | |
| 194 | | | | | | |
| 195 | | | | | | |
| 196 | | | | | | |
| 197 | | | | | | |
| 198 | | | | | | |
| 199 | | | | | | |
| 200 | 07/28/11 (8:30 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 201 | Transcript of GX (200) | | | | | |
| 202 | | | | | | |
| 203 | | | | | | |
| 204 | 08/15/11 (5:20 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 205 | Transcript of GX 204 | | | | | |
| 206 | 08/15/11 (7:07 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 207 | Transcript of GX 206 | | | | | |
| 208 | 09/09/11 (7:18 a.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 209 | Transcript of GX 208 | | | | | |
| 210 | 09/09/11 (11:28 a.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 211 | Transcript of 210 | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 212 | | | | | | |
| 213 | | | | | | |
| 214 | | | | | | |
| 215 | 09/09/11 (2:00 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 216 | Transcript of GX 215 | | | | | |
| 217 | 09/09/11 (4:55 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 218 | Transcript of GX 217 | | | | | |
| 219 | | | | | | |
| 220 | | | | | | |
| 221 | | | | | | |
| 222 | | | | | | |
| 223 | | | | | | |
| 224 | | | | | | |
| 225 | 12/06/11 (2:27 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 226 | Transcript of GX 225 | | | | | |
| 227 | 12/06/11 (3:10 p.m.) recorded meeting between M.M. and Lujan | | | | | |
| 228 | Transcript of GX 227 | | | | | |
| 229 | 12/06/11 (8:49 p.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 230 | Transcript of GX 229 | | | | | |
| 231 | 12/07/11 (10:37 a.m.) recorded telephone call between M.M. and Lujan | | | | | |
| 232 | Transcript of GX 231 | | | | | |
| 233 | | | | | | |
| 234 | | | | | | |
| 235 | | | | | | |
| 236 | | | | | | |
| 237 | | | | | | |
| 238 | | | | | | |
| 239 | | | | | | |
| 240 | | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 241 | | | | | | |
| 242 | | | | | | |
| 243 | | | | | | |
| 244 | | | | | | |
| 245 | | | | | | |
| 246 | | | | | | |
| 247 | | | | | | |
| 248 | | | | | | |
| 249 | | | | | | |
| 250 | 11/10/11 (10:01 a.m.) recorded telephone call between Confidential Source and Chavful | | | | | |
| 251 | Transcript of GX 250 | | | | | |
| 252 | 11/10/11 (10:38 a.m.) recorded telephone call between Confidential Source and Chavful | | | | | |
| 253 | Transcript of GX 252 | | | | | |
| 254 | 11/17/11 (3:55 p.m.) recorded telephone call between Confidential Source and Chavful | | | | | |
| 255 | Transcript of GX 254 | | | | | |
| 256 | 12/16/11 recorded telephone call between Confidential Source and Chavful | | | | | |
| 257 | Transcript of GX 256 | | | | | |
| 258 | | | | | | |
| 259 | | | | | | |
| 260 | | | | | | |
| 261 | | | | | | |
| 262 | | | | | | |
| 263 | | | | | | |
| 264 | | | | | | |
| 265 | | | | | | |
| 266 | | | | | | |
| 267 | | | | | | |
| 268 | | | | | | |
| 269 | | | | | | |
| 270 | | | | | | |
| 271 | | | | | | |
| 272 | | | | | | |

| *No.* | *Exhibits Marked for Identification* | *offered* | *Admitted* | *Refused* | *Reserved* | *Withdrawn* |
|---|---|---|---|---|---|---|
| 273 | | | | | | |
| 274 | | | | | | |
| 275 | | | | | | |
| 276 | | | | | | |
| 277 | | | | | | |
| 278 | | | | | | |
| 279 | | | | | | |
| 280 | | | | | | |
| 281 | | | | | | |
| 282 | | | | | | |
| 283 | | | | | | |
| 284 | | | | | | |
| 285 | | | | | | |
| 286 | | | | | | |
| 287 | | | | | | |
| 288 | | | | | | |
| 289 | | | | | | |
| 290 | | | | | | |
| 291 | | | | | | |
| 292 | | | | | | |
| 293 | | | | | | |
| 294 | | | | | | |
| 295 | | | | | | |
| 296 | | | | | | |
| 297 | | | | | | |
| 298 | | | | | | |
| 299 | | | | | | |
| 300 | 12/08/11 (6:09 p.m.) recorded telephone call between M.M. and Hurd | | | | | |
| 301 | Transcript of GX 300 | | | | | |
| 302 | 12/13/11 (11:31 a.m.) recorded telephone call between M.M. and Hurd | | | | | |
| 303 | Transcript of GX 302 | | | | | |
| 304 | 12/13/11 (10:19 p.m.) Recorded telephone call between M.M. and Hurd | | | | | |
| 305 | Transcript of GX 304 | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 306 | | | | | | |
| 307 | | | | | | |
| 308 | | | | | | |
| 309 | 12/14/11 video undercover meeting with Hurd | | | | | |
| 310 | Enhanced video of GX 309 | | | | | |
| 311 | Transcript of GX 310 | | | | | |
| 312 | Enhanced video shortened (clips 1-3) | | | | | |
| 313 | Enhanced video shortened (clips 4-6) | | | | | |
| 314 | Enhanced video shortened (clips 7) | | | | | |
| 315 | Transcript of enhanced video shortened | | | | | |
| 316 | Photograph – of Hurd taken from GX 310 | | | | | |
| 317 | Photograph – of Hurd with gift bag containing kilogram of cocaine from GX 310 | | | | | |
| 318 | 12/14/11 video recording of Hurd leaving restaurant with gift bag containing kilogram of cocaine | | | | | |
| 319 | | | | | | |
| 320 | | | | | | |
| 321 | Photograph – gift bag inside Cadillac Escalade (taken at restaurant) | | | | | |
| 322 | Photograph – front of Cadillac Escalade bearing Texas license plate | | | | | |
| 323 | Photograph – gift bag inside Cadillac Escalade | | | | | |
| 324 | Photograph – gift bag inside Cadillac Escalade (close) | | | | | |
| 325 | Photograph – inside gift bag (paper) | | | | | |
| 326 | Photograph – inside gift bag (kilogram of cocaine) | | | | | |
| 327 | Photograph – kilogram of cocaine | | | | | |
| 328 | Photograph – gift bag & kilogram of cocaine | | | | | |
| 329 | Photograph – gift bag, etc. (in evidence bag) | | | | | |
| 330 | Photograph - opened center console of Cadillac Escalade | | | | | |
| 331 | Photograph - cash in center console | | | | | |
| 332 | Photograph – black cellular telephone | | | | | |
| 333 | Proof of insurance | | | | | |
| 334 | Photograph – evidence bag containing three cellular telephones (front) | | | | | |

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 335 | Photograph – back of GX 334(showing three cellular telephones) | | | | | |
| 336 | | | | | | |
| 337 | | | | | | |
| 338 | | | | | | |
| 339 | Hurd LG cellular telephone (U.S. Cellular) | | | | | |
| 340 | Consent to search LG cellular telephone | | | | | |
| 341 | Extraction data from GX 339 | | | | | |
| 342 | Photograph - from LG of marijuana | | | | | |
| 343 | Photograph - from LG of marijuana | | | | | |
| 344 | Photograph - from LG of marijuana | | | | | |
| 345 | Photograph - from LG of marijuana | | | | | |
| 346 | Photograph - from LG of marijuana | | | | | |
| 347 | Photograph - from LG of marijuana | | | | | |
| 348 | Photograph - from LG of marijuana | | | | | |
| 349 | Photograph - from LG of marijuana | | | | | |
| 350 | Photograph - from LG of marijuana | | | | | |
| 351 | | | | | | |
| 352 | Telephone records for LG cellular number (708-781-8334) (U.S. Cellular) | | | | | |
| 353 | Telephone records for LG cellular number with highlights | | | | | |
| 354 | | | | | | |
| 355 | Hurd Blackberry Style 9670 cellular telephone (Sprint) and telephone card | | | | | |
| 356 | Photograph - from Blackberry telephone card of marijuana | | | | | |
| 357 | Photograph - from Blackberry telephone card of marijuana | | | | | |
| 358 | Photograph - from Blackberry telephone card of Hurd | | | | | |
| 359 | | | | | | |
| 360 | Telephone records for Blackberry Style 9670 cellular telephone (210 687 5560)(Sprint) | | | | | |
| 361 | Telephone records for Blackberry Style 9670 cellular telephone (210 687 5560) with highlights | | | | | |
| 362 | | | | | | |

Government's Exhibit List - Page 12

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 363 | | | | | | |
| 364 | | | | | | |
| 365 | | | | | | |
| 366 | | | | | | |
| 367 | Hurd Motorola i170 cellular telephone | | | | | |
| 368 | Consent to search Motorola i170 cellular telephone | | | | | |
| 369 | Extraction data from GX367 | | | | | |
| 370 | | | | | | |
| 371 | | | | | | |
| 372 | 12/14/11 post arrest recorded statement (redacted) | | | | | |
| 373 | Transcript of GX 372 (redacted) | | | | | |
| 374 | Kilogram of cocaine | | | | | |
| 375 | DEA lab report # 6C27837 (dated 01/12/12; Hopenwasser) | | | | | |
| 376 | | | | | | |
| 377 | | | | | | |
| 378 | | | | | | |
| 379 | | | | | | |
| 380 | | | | | | |
| 381 | | | | | | |
| 382 | | | | | | |
| 383 | | | | | | |
| 384 | | | | | | |
| 385 | | | | | | |
| 386 | | | | | | |
| 387 | | | | | | |
| 388 | | | | | | |
| 389 | | | | | | |
| 390 | | | | | | |
| 391 | | | | | | |
| 392 | | | | | | |
| 393 | | | | | | |
| 394 | | | | | | |
| 395 | | | | | | |
| 396 | | | | | | |
| 397 | | | | | | |

| No. | Exhibits Marked for Identification | Offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 398 | | | | | | |
| 399 | | | | | | |
| 400 | 05/20/12 (6:24 p.m.) recorded telephone call between R.G. and Chavful | | | | | |
| 401 | Transcript of GX 400 | | | | | |
| 402 | 05/21/12 (4:24 p.m.) recorded telephone call between R.G. and Chavful | | | | | |
| 403 | Transcript of GX 402 | | | | | |
| 404 | 05/23/12 (1:13 p.m.) recorded meeting between R.G. and Chavful | | | | | |
| 405 | Transcript of GX 404 | | | | | |
| 406 | 05/23/12 (8:00 p.m.) recorded telephone call between R.G. and Chavful | | | | | |
| 407 | Transcript of GX 406 | | | | | |
| 408 | 06/02/12 recorded telephone call between R.G. and Chavful | | | | | |
| 409 | Transcript of GX 408 | | | | | |
| 410 | 06/06/12 (12:05 p.m.) recorded telephone call between R.G. and Chavful | | | | | |
| 411 | Transcript of GX 410 | | | | | |
| 412 | 06/06/12 (3:03 p.m.) recorded telephone call between R.G. and Chavful | | | | | |
| 413 | Transcript of GX 412 | | | | | |
| 414 | 06/06/12 (3:22 p.m.) recorded meeting between R.G. and Chavful | | | | | |
| 415 | Transcript of GX 414 | | | | | |
| 416 | | | | | | |
| 417 | Photograph – green duffle bags | | | | | |
| 418 | Photograph – green duffle bag | | | | | |
| 419 | Photograph – green duffle bag open with drugs | | | | | |
| 420 | Photograph – green duffle bag | | | | | |
| 421 | Photograph – green duffle bag open with drugs | | | | | |
| 422 | Photograph – green duffle bag | | | | | |
| 423 | Photograph – green duffle bag open with drugs | | | | | |
| 424 | Photograph – green duffle bag | | | | | |
| 425 | Photograph – green duffle bag open with drugs | | | | | |

| No. | Exhibits Marked for Identification | Offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 426 | Photograph – signed Hurd photograph | | | | | |
| 427 | Photograph – t-shirt with Hurd photograph | | | | | |
| 428 | Photograph – scale | | | | | |
| 429 | Photograph – ziplock bag | | | | | |
| 430 | | | | | | |
| 431 | | | | | | |
| 432 | | | | | | |
| 433 | | | | | | |
| 434 | | | | | | |
| 435 | | | | | | |
| 436 | | | | | | |
| 437 | | | | | | |
| 438 | 06/06/12 video from DPS helicopter | | | | | |
| 439 | Kilogram of cocaine | | | | | |
| 440 | DEA lab report # 6C28208 (dated 10/19/12; Fleming) | | | | | |
| 441 | Marijuana | | | | | |
| 442 | DEA lab report # 6C28209 (dated 06/29/12; Hall) | | | | | |
| 443 | Chavful Samsung cellular telephone (210 300 6385) (Cricket/Neustar) | | | | | |
| 444 | Extraction report of SMS and contact list for Samsung (210 300 6385) | | | | | |
| 445 | Telephone records for number (210 300 6385) (Cricket/Neustar) | | | | | |
| 446 | Telephone records for number (210 300 6385) with highlights | | | | | |
| 447 | | | | | | |
| 448 | Chavful Model SPH-M260 cellular telephone (210 427 5309)(Cricket/Neustar) | | | | | |
| 449 | Telephone records for number (210 427 5309) (Cricket/Neustar) | | | | | |
| 450 | Telephone records for number (210 427 5309) with highlights | | | | | |
| 451 | | | | | | |
| 452 | | | | | | |
| 453 | | | | | | |
| 454 | | | | | | |

**Government's Exhibit List - Page 15**

| No. | Exhibits Marked for Identification | offered | Admitted | Refused | Reserved | Withdrawn |
|---|---|---|---|---|---|---|
| 455 | | | | | | |
| 456 | | | | | | |
| 457 | Hurd Sprint HTC cellular telephone (210 255 7960)(Sprint) | | | | | |
| 458 | Subscriber records for Sprint HTC cellular telephone (210 255 7960)(Sprint) | | | | | |
| 459 | | | | | | |
| 460 | | | | | | |
| 461 | | | | | | |
| 462 | | | | | | |
| 463 | | | | | | |
| 464 | | | | | | |
| 465 | | | | | | |
| 466 | | | | | | |
| 467 | | | | | | |
| 468 | | | | | | |
| 469 | | | | | | |
| 470 | | | | | | |
| 471 | | | | | | |
| 472 | | | | | | |
| 473 | | | | | | |
| 474 | | | | | | |
| 475 | | | | | | |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*s/ Gary C. Tromblay*
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: 214.659.8638
E-mail: gary.tromblay@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **March 22, 2013**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney(s) of record who have consented in wring to accept this Notice as service of this document by electronic means: **Michael McCrum** and **Jay Ethington**.

                                              *s/ Gary C. Tromblay*
                                              GARY C. TROMBLAY
                                              Assistant United States Attorney