# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 21, 2014

Mr. Shawn McRoberts
U.S. District Court, Northern District of Texas
1100 Commerce Street
Room 1654
Dallas, TX 75242

RECEIVED
MAR 3 1 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

    No. 13-11316    USA v. Samuel Hurd, III
                              USDC No. 3:12-CR-3-1

Dear Mr. McRoberts,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume that the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, a 10% discount will be invoked. **If you require any additional time to file the transcript, you must file a motion setting out the reasons for the extension prior to the expiration of the discount date. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Enclosure(s)

cc:  Mr. Bruce Edward Anton

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| NORTHERN DISTRICT | 3:12-CR-00003-P |

Short Case Title: USA v SAMUEL G. HURD III

Court Reporter: SHAWN MCROBERTS

Date Notice of Appeal Filed by Clerk of District Court: 11-29-13

Court of Appeals #: _____ (If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)

    Voir dire ☐;   Opening statement of plaintiff ☐;   defendant ☐;
    Closing argument of plaintiff ☐;   defendant ☐;   Opinion of court ☐;
    Jury instructions ☐;   Sentencing ☐;   Bail hearing ☐;

    HEARING DATE(S)                PROCEEDING                JUDGE/MAGISTRATE

    SEE ATTACHED

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANCEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds;   ☒ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- ☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds;
- ☐ Other

Signature: /s/

Print Name: Bruce Anton

Address: 2311 Cedar Springs, #250, Dallas, Texas 75201

Date Transcript Ordered: 02/20/14

Counsel for: Samuel G Hurd III

Phone Number: 2144688100

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Other (Specify) _____

Date _____    Signature of Court Reporter _____    Telephone _____

Address of Court Reporter: _____

*Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

---

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____    Signature of Court Reporter _____

DKT-13 (5/96) modified 07/07 NDTX

# PART I

## A. THE FOLLOWING TRANSCRIPTS

| | | |
|---|---|---|
| 01/21/14 | Motion Hearing | David Horan |
| 11/13/13 | Sentencing Hearing | Jorge Solis |
| 04/11/13 | Rearraignment Hearing | Jorge Solis |
| 03/29/13 | Pretrial Conference | Jorge Solis |
| 10/03/12 | Arraignment | Jorge Solis |
| 08/28/12 | Motion Hearing | Jeff Kaplan |